UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------X
BROADCAST MUSIC, INC.;　　　　　　　　　 )　CIVIL ACTION NO. 11-1300
ET AL.,　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiffs,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
　　v.　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
HMR COMMUNICATIONS, INC. d/b/a　　　　　　 )
BOOT SCOOT'N SALOON; and HENRY　　　　　　 )
M. ROBBINS, individually,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Defendants.　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
---------------------------------------------------------X

## ORDER OF COURT

AND NOW, TO WIT, this _15th_ day of _Jun_, 2011, upon consideration of the forgoing Motion to Strike Answer to Complaint Filed on Behalf of HMR Communications, Inc., it is hereby Ordered, Adjudged, and Decreed as follows: The Answer filed on behalf of HMR Communications, Inc. only is hereby stricken from the record. HMR Communications, Inc. has twenty (20) days from the date of this Order to retain legal counsel to file an Answer on its behalf. In the event that an Answer is not filed through counsel within twenty (20) days, a default will be entered against HMR Communications, Inc.

BY THE COURT:

_[signature]_