UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------X
BROADCAST MUSIC, INC.; ) CIVIL ACTION NO. 11-1300
ET AL., )
 )
      Plaintiffs, )
 )
v. )
 )
HMR COMMUNICATIONS, INC. d/b/a )
BOOT SCOOT'N SALOON; and HENRY )
M. ROBBINS, individually, )
 )
      Defendants. )
---------------------------------------------------------X

**ORDER OF COURT**

AND NOW, TO WIT, this 2nd day of Feb, 2012, upon consideration of the forgoing Motion to Excuse and Waive the In-Person Attendance Requirement for the Plaintiffs' Representative at the Mediation, it is hereby Ordered, Adjudged, and Decreed that said Motion be and hereby is granted. The Plaintiffs' representative is permitted to attend the mediation by phone.

BY THE COURT:

_____

LIT:516339-1 005068-153463