UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et. al., | ) | No. 11-1300 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HMR COMMUNICATIONS, INC. d/b/a BOOT SCOOT'N SALOON; and HENRY M. ROBBINS, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISCONTINUANCE

Plaintiff BROADCAST MUSIC, INC., for itself and its co-Plaintiffs through their undersigned counsel hereby requests the court discontinue the within captioned action.

TUCKER ARENSBERG, P.C.

_/s/ Jonathan S. McAnney_
Jonathan S. McAnney, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

LIT:538454-1 005068-153463

SO ORDERED this 22 day of January, 2013.
_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge